No. 1949. ROSARIO VDA. MORALES, APELADA, *v.* PORTO RICO RAILWAY, LIGHT & POWER Co., APELANTE.—Daños y perjuicios. San Juan, Sección 1ª.   Julio 28, 1919.   *Revocada.*

No. 1973. FÁBREGAS, APELADO, *v.* MALDONADO ET AL., APELANTES.—Conspiración y daños y perjuicios.   Mayagüez. Julio 28, 1919.   *Desestimada.*

No. 1342. EL PUEBLO, APELANTE, *v.* PONCE & GUAYAMA RAILROAD Co., APELADA.—Infracción a la Ley de Pesas y Medidas.   Guayama.   Julio 28, 1919.   *Con lugar el recurso, y se revoca la resolución apelada, sin perjuicio del derecho de la acusada a pedir a la corte inferior y de ésta a ordenar al Fiscal a expresar con mayor claridad el sitio de la infracción.*

No. 1970. DELGADO, APELANTE, *v.* SÁNCHEZ DELGADO ET AL., APELADOS.—Reivindicación de finca rústica.   Humacao.   Agosto 1, 1919.   *Desestimada.*

No. 1452. EL PUEBLO, APELADO, *v.* CABEZAS, APELANTE.— Acometimiento y agresión grave.

No. 1453. EL PUEBLO, APELADO, *v.* DÍAZ HERNÁNDEZ ET AL., APELANTES.—Acometimiento y agresión grave.   San Juan, Sección 2ª.   Noviembre 3, 1919.   *Desistidas las apelaciones.*

No. 1978. GODREAU Co., APELANTES, *v.* McCORMICK ET AL., APELADOS.—Otorgamiento de escritura.   Guayama.   Noviembre 3, 1919.   *Desistida.*

No. 2084. THE PORTO RICO COAL Co., APELADA, *v.* BENEDICTO, TESORERO, APELANTE.—Devolución de contribuciones. San Juan, Sección 1ª.   Noviembre 3, 1919.   *Desistida.*

No. 265. RIVERA, PETICIONARIA, *v.* FOOTE, JUEZ DE DISTRITO, DEMANDADA.—*Certiorari.*   Noviembre 6, 1919.   *Denegado.*

No. 2074. GUTIÉRREZ DEL ARROYO, APELADA, *v.* HEREDEROS DE GUTIÉRREZ, APELANTES.—Entrega de cantidad.   San Juan, Sección 1ª.   Noviembre 6, 1919.   *Desestimada.*

No. 2083. LLULL, APELADO, *v.* NADAL, APELANTE.—Cobro de dinero.   Mayagüez.—

No. 2089. MALDONADO, APELADO, *v.* NAVARRO, APELANTE.— Desahucio.   Arecibo.—